UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LORIE VOLOVLEK, | ) |
| Plaintiff, | ) |
| v. | )  No. 1:13-cv-00012-JTN |
| GC SERVICES, LP, | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, LORIE VOLOVLEK, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.


Dated: July 22, 2013              KROHN & MOSS, LTD.

                                  By: /s/ Adam T. Hill
                                      Adam T. Hill
                                      KROHN & MOSS, LTD.
                                      10 N. Dearborn St., 3rd Fl.
                                      Chicago, Illinois 60602
                                      Telephone:  312-578-9428
                                      Telefax:  866-802-0021
                                      ahill@consumerlawcenter.com
                                      Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Adam T. Hill<br>
Adam T. Hill<br>
Attorney for Plaintiff