UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LORIE VOLOVLEK,<br><br>     Plaintiff,<br><br>v.<br><br>GC SERVICES, LP,<br><br>    Defendant. | Case No. 1:13-cv-12<br><br>Hon. Janet T. Neff |
| Adam T. Hill<br>Ryan Lee<br>KROHN & MOSS, LTD<br>10 N. Dearborn St., 3rd Floor<br>Chicago, IL  60602<br>(312) 578-9428<br>(866) 802-0021 (Facsimile)<br>email: ahill@consumerlawcenter.com | MILLER, CANFIELD, PADDOCK AND STONE, PLC<br>Scott R. Eldridge (P66452)<br>Michael J. Hodge (P25146)<br>Lara Lenzotti Kapalla (P67667)<br>Attorney for Defendant<br>One Michigan Avenue, Suite 900<br>Lansing, MI  48933<br>(517) 487-2070<br>(517) 374-6304 (Facsimile)<br>email: eldridge@millercanfield.com |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ACTION AGAINST DEFENDANT GC SERVICES, LP, WITHOUT FEES OR COSTS TO ANY PARTY

It is hereby stipulated and agreed between Plaintiff Lorie Volovlek ("Plaintiff") and

Defendant GC Services, LP ("GC Services"), through their undersigned counsel, that:

(1) all claims asserted, or which could have been asserted, against GC Services in the

above-captioned matter are to be dismissed with prejudice in their entirety;

(2) Plaintiff and GC Services shall each be responsible for their own fees and costs; and

(3) this stipulation evinces the intent of the parties to have the Court enter a final Order

closing this matter, including all related claims.

A proposed Order is attached for the Court's convenience.

**APPROVED AS TO FORM:**

/s/ Adam Hill (with permission)                     /s/ Scott R. Eldridge
Adam T. Hill                                        Scott R. Eldridge (P66452)
KROHN & MOSS, LTD                                   Miller, Canfield, Paddock and Stone, PLC
Attorney for Plaintiff                              Attorneys for Defendant
10 N. Dearborn St., 3rd Floor                       One Michigan Ave., Suite 900
Chicago, IL  60602                                  Lansing, MI 48933
(312) 578-9428                                      (517) 483-4918
(866) 802-0021 (Facsimile)                          (517) 374-6304 (Facsimile)
email:  ahill@consumerlawcenter.com                 email:  eldridge@millercanfield.com


**ORDER OF DISMISSAL WITH PREJUDICE OF ACTION AGAINST DEFENDANT GC SERVICES, LP, WITHOUT FEES OR COSTS TO ANY PARTY**

Pursuant to the attached stipulation between Plaintiff Lorie Volovlek ("Plaintiff") and

Defendant GC Services, LP ("GC Services"):

(1) All claims asserted, or which could have been asserted, against GC Services in the

above-captioned matter are hereby **DISMISSED WITH PREJUDICE** in their entirety;

(2) Plaintiff and GC Services shall each be responsible for their own fees and costs; and

(3) This is a final Order closing this matter, including all related claims.

**IT IS SO ORDERED.**


          /s/ Janet T. Neff
Hon. Janet T. Neff
United States District Court
Western District of Michigan


Dated:  August 8, 2013

21407599.1\031578-00060